

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle     District of Florida

| | |
|---|---|
| MICHAEL WAGNER, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| CLC RESORTS AND DEVELOPMENTS, INC., a Florida corporation, SURREY VACATION RESORTS, INC. (d/b/a Grand Crowne Resorts), a Missouri corporation, and PASSPORT HOLIDAYS, LLC, a Florida limited liability company, | ) ) 6-14-CV-281-0n-31GJK ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      CLC RESORTS AND DEVELOPMENTS, INC.,
c/o
CAPITOL CORPORATE SERVICES, INC.
155 OFFICE PLAZA DR., SUITE A
TALLAHASSEE, FL 32301

REC'D ___
SERVED ___
DATE ___
TIME ___
P.S. ___
CERT. PROCESS SERVER #063
2ND JUDICIAL CIRCUIT.
CERTIFIED IN THE CIRCUIT
COUNTY/COURT #___

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefan Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, LLC
201 South Biscayne Blvd, 28th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2-19-14

_____
*Signature of Clerk or Deputy Clerk*