IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL WAGNER, individually and on behalf of all others similar situated,

        Plaintiff,

Case No. 6:14-cv-281-Orl-31GJK

v.

CLC RESORTS AND DEVELOPMENTS, INC., a Florida corporation, SURREY VACATION RESORTS, INC. (d/b/a Grand Crowne Resorts), a Missouri corporation, and PASSPORT HOLIDAYS, LLC, a Florida limited liability company,

        Defendants.
_____/

## NOTICE OF PENDECY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

___ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_X_ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 17th day of March, 2014.

                              *s/ Jerry R. Linscott*
                              Jerry R. Linscott, Esquire
                              Florida Bar No. 148009

603138645.1

      E-mail: jlinscott@bakerlaw.com
Secondary e-mail: mrios@bakerlaw.com
           orlbakerdocket@bakerlaw.com
Julie Singer Brady, Esquire
Florida Bar No. 0389315
E-mail: jsingerbrady@bakerlaw.com
Secondary e-mail: mrios@bakerlaw.com
           rpeterson@bakerlaw.com
**BAKER & HOSTETLER LLP**
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida 32802
Telephone: (407) 649-4000
Telecopier: (407) 841-0168
*Attorneys for Defendant CLC Resorts and Developments, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 17, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

| | |
|---|---|
| Stefan Coleman, Esq.<br>E-mail: law@stefancoleman.com<br>LAW OFFICES OF STEFAN COLEMAN, LLC<br>201 South Biscayne Blvd, 28th Floor<br>Miami, FL 33131<br>Telephone: (877) 333-9427<br>Telecopier: (888) 498-8946<br>*Attorneys for Plaintiff* | Ari J. Scharg<br>ascharg@edelson.com<br>John C. Ochoa<br>jochoa@edelson.com<br>Mark S. Eisen<br>meisen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>Telecopier: (312) 589-6378<br>*Attorneys for Plaintiff* |

K. MICHAEL SWANN, ESQUIRE
E-mail: mswann@srslaw.net
Snyderburn, Rishoi & Swann, LLP
2250 Lucien Way, Suite 140
Maitland, Florida 32751
Telephone: (407) 647-2005

603138645.1

Facsimile: (407) 647-1522
*Attorneys for Defendant, Surrey Vacation Resorts,
Inc. d/b/a Grand Crown Resorts*

                                           *s/ Jerry R. Linscott*
                                           Jerry R. Linscott