IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MICHAEL WAGNER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CLC RESORTS AND DEVELOPMENTS, INC., a Florida corporation, SURREY VACATION RESORTS, INC. (d/b/a Grand Crowne Resorts), a Missouri corporation, and PASSPORT HOLIDAYS, LLC, a Florida limited liability company,

Defendants.

Case No.

6:14-cv-281-Orl-31GJK

## ANSWER ON BEHALF OF DEFENDANT PASSPORT HOLIDAYS, LLC, A FLORIDA LIMITED LIABILITY COMPANY TO CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

1.  Defendant, PASSPORT HOLIDAYS, LLC, a Florida limited liability company (hereafter "PASSPORT HOLIDAYS") admits the allegations in paragraph 1 but denies the allegations that it <u>sells</u> timeshares and markets a variety of resorts and vacations <u>worldwide</u> (emphasis added).

2.  PASSPORT HOLIDAYS is without knowledge as to the allegations contained in paragraph 2 but admits that it markets vacation and timeshare offers on behalf of third parties like CLC RESORTS AND DEVELOPMENTS, INC. (hereafter "CLC") and SURREY VACATION RESORTS, INC. (hereafter "SURREY").

3.  PASSPORT HOLIDAYS denies the allegations contained in paragraph 3. PASSPORT HOLIDAYS is hired by CLC and SURREY to receive only in-bound calls and does not place unsolicited calls.

4.  PASSPORT HOLIDAYS denies the allegations contained in paragraph 4 as it does not place unsolicited calls.

5. PASSPORT HOLIDAYS denies the allegations contained in paragraph 5 as it does not place unsolicited calls.

6. PASSPORT HOLIDAYS admits the allegation contained in paragraph 6 that the TCPA was enacted to protect consumers from unsolicited calls but denies the remainder of the allegations contained therein.

7. PASSPORT HOLIDAYS is without knowledge as to the allegations contained in paragraph 7.

8. The allegations contained in paragraph 8 are not applicable to PASSPORT HOLIDAYS and are therefore denied.

9. The allegations contained in paragraph 9 are not applicable to PASSPORT HOLIDAYS and are therefore denied.

10. PASSPORT HOLIDAYS admits the allegations contained in paragraph 10.

11. PASSPORT HOLIDAYS admits the allegations contained in paragraph 11 but denies that it engaged in placing unsolicited calls.

12. PASSPORT HOLIDAYS admits the allegation contained in paragraph 12 that it conducts business in this District but denies the remainder of the allegations therein.

13. The allegations contained in paragraph 13 are not applicable to PASSPORT HOLIDAYS and are therefore denied.

14. The allegations contained in paragraph 14 are not applicable to PASSPORT HOLIDAYS and are therefore denied.

15. PASSPORT HOLIDAYS denies the allegations contained in paragraph 15.

16. PASSPORT HOLIDAYS denies the allegations contained in paragraph 16 but admits that it utilizes such equipment in its business operations.

17. PASSPORT HOLIDAYS denies the allegations contained in paragraph 17 as it does not place unsolicited calls on behalf of CLC and SURREY.

18. PASSPORT HOLIDAYS denies the allegations contained in paragraph 18.

19. PASSPORT HOLIDAYS denies the allegations contained in paragraph 19.

20. PASSPORT HOLIDAYS denies the allegations contained in paragraph 20.

21. PASSPORT HOLIDAYS denies the allegations contained in paragraph 21.

22. PASSPORT HOLIDAYS denies the allegations contained in paragraph 22.

23. PASSPORT HOLIDAYS is without knowledge as to the allegations contained in paragraph 23.

24. PASSPORT HOLIDAYS is without knowledge as to the allegations contained in paragraph 24 but denies them in principle as it does not make unsolicited calls to prospective customers.

25. PASSPORT HOLIDAYS denies the allegations contained in paragraph 25.

26. PASSPORT HOLIDAYS denies the allegations contained in paragraph 26.

27. PASSPORT HOLIDAYS is without knowledge as to the allegations contained in paragraph 27.

## CLASS ALLEGATIONS

28. The allegations contained in paragraph 28 do not require an answer; however, PASSPORT HOLIDAYS denies that it engaged in any proscribed activities under Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3).

29. PASSPORT HOLIDAYS denies the allegations contained in paragraph 29.

30. PASSPORT HOLIDAYS denies the allegations contained in paragraph 30.

31. PASSPORT HOLIDAYS denies the allegations contained in paragraph 31.

32. PASSPORT HOLIDAYS denies the allegations contained in paragraph 32.

33. PASSPORT HOLIDAYS denies the allegations contained in paragraph 33.

34. PASSPORT HOLIDAYS denies the allegations contained in paragraph 34.

35. PASSPORT HOLIDAYS has previously answered the allegations contained in paragraph 35.

36. PASSPORT HOLIDAYS denies the allegations contained in paragraph 36.

37. PASSPORT HOLIDAYS denies the allegations contained in paragraph 37.

38. PASSPORT HOLIDAYS denies the allegations contained in paragraph 38.

39. PASSPORT HOLIDAYS denies the allegations contained in paragraph 39.

40. PASSPORT HOLIDAYS denies the allegations contained in paragraph 40.

41. PASSPORT HOLIDAYS denies the allegations contained in paragraph 41.

42. PASSPORT HOLIDAYS has previously answered the allegations contained in paragraph 42.

43. PASSPORT HOLIDAYS denies the allegations contained in paragraph 43.

44. PASSPORT HOLIDAYS denies the allegations contained in paragraph 44.

45. PASSPORT HOLIDAYS denies the allegations contained in paragraph 45.
46. PASSPORT HOLIDAYS denies the allegations contained in paragraph 46.
47. PASSPORT HOLIDAYS denies the allegations contained in paragraph 47.
48. PASSPORT HOLIDAYS denies the allegations contained in paragraph 48.
49. PASSPORT HOLIDAYS denies the allegations contained in paragraph 49.
50. PASSPORT HOLIDAYS denies the allegations contained in paragraph 50.
51. PASSPORT HOLIDAYS denies the allegations contained in paragraph 51.

### CERTIFICATE OF SERVICE

PASSPORT HOLIDAYS certifies that a copy of this *Answer on behalf of Passport Holidays, LLC* has been provided to Plaintiff's attorneys, LAW OFFICES OF STEFAN COLEMAN, LLC by email to law@stefancoleman.com this ___ day of March, 2014.

Respectfully submitted,

/s/ *Loretta Arthur*

Loretta Arthur, Managing Member
PASSPORT HOLIDAYS, LLC
209 S. Halifax Avenue, Suite 102
Daytona Beach, FL  32118
386-226-1200
service@passportholiday.com