UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL WAGNER,

      Plaintiff,

v.

CLC RESORTS AND DEVLEOPMENTS, INC.,
SURREY VACATION RESORTS, INC., and
PASSPORT HOLIDAYS, LLC,

      Defendants,
_____/

CASE NO. 6: 14-cv-281-Orl-31GJK

### DEFENDANT, PASSPORT HOLIDAYS, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Passport Holidays, LLC ("Passport"), moves this Court for an Order of enlargement of time to file its Certificate of Interested Persons and Corporate Disclosure Statement and, in support, states:

1. The Court's Order dated April 7, 2014 requires Defendant, Passport, to file its Certificate of Interested Persons and Corporate Disclosure Statement on or before Monday, April, 21, 2014.

2. Pursuant to Local Rule 2.03(e), a corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or 2.02, however, Defendant's counsel, Charles D. Hood, Jr. ("Hood"), was retained by Defendant, Passport, on April 22, 2014.

3. Undersigned counsel certifies that he has conferred with all other counsel who have no objection to an extension.

WHEREFORE, Defendant, Passport, requests that the Court enter an Order of enlargement of time to file its Certificate of Interested Persons and Corporate Disclosure

Statement to April 29, 2014 and/or granting such other and further relief as the Court deems just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of April, 2014, I filed and served the foregoing electronically through the CM/ECF system.

SMITH, HOOD, LOUCKS, STOUT,
BIGMAN & BIGMAN, P.A.


/s/ Charles D. Hood, Jr.
CHARLES D. HOOD, JR., ESQUIRE,
TRIAL COUNSEL
Florida Bar No. 260649
Post Office Box 15200
Daytona Beach, FL  32115
(386) 254-6875 Telephone
(386) 257-1834 Facsimile
Primary: eservice@daytonalaw.com
Secondary: dhood@daytonalaw.com
ATTORNEYS FOR DEFENDANT
PASSPORT HOLIDAYS, LLC