# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL WAGNER,**

      **Plaintiff,**

**v.**                                      **Case No:   6:14-cv-281-Orl-31GJK**

**SURREY VACATION RESORTS,
INC., PASSPORT HOLIDAYS, LLC
and CLC FRACTIONAL LLC,**

      **Defendants.**

## ORDER OF DISMISSAL

Upon consideration of the Stipulation of Voluntary Dismissal (Doc. 80), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff's claims against Defendants in this action shall be dismissed *with prejudice*, and the claims of the putative class members are dismissed *without prejudice,* each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 21, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties